**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6336**

DARRELL J. WILLIAMS,

           Plaintiff - Appellant,

      v.

SERGEANT JACKSON, Disciplinary Hearing Officer, Alvin S.
Glenn Detention Center; WARDEN, ALVIN S. GLENN DETENTION
CENTER, a/k/a Renaldo Meyers,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Cameron McGowan Currie, District
Judge.  (8:07-cv-03661-CMC)

Submitted:  September 18, 2009      Decided:  November 3, 2009

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darrell J. Williams, Appellant Pro Se. Daniel C. Plyler,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell J. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Jackson, No. 8:07-cv-03661-CMC (D.S.C. Feb. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED